ANDY'S OIL SERVICE, INC. *v.* THOMAS HOBBS ET AL.

The petition by the defendants Michael Janiszewski and Zife Krois for certification for appeal from the Appellate Court, 125 Conn. App. 708 (AC 31730), is denied.

*Derek V. Oatis,* in support of the petition.

*Donald W. McGill,* in opposition.

Decided March 31, 2011

STATE OF CONNECTICUT *v.* MARTIN GRAY

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 512 (AC 29164), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*G. Douglas Nash,* special public defender, in support of the petition.

*Rocco A. Chiarenza,* deputy assistant state's attorney, in opposition.

Decided March 31, 2011